ORIGINAL

FILED

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0242

_____

SHIRLEY CHAMBERS-YOST,

Petitioner and Appellant,

v.

MARTIN GUHL, DPHHS, and TERRESSA
McDANIEL,

Respondents and Appellees.

_____

FILED

JUL 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Shirly Chambers-Yost has filed a motion for extension of time to file her opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 25, 2023, to file her opening brief.

No further motions for extensions will be granted unless opposing counsel is contacted and the motion includes whether the extension is opposed or unopposed.

DATED this 28th day of July, 2023.

For the Court,

_____
Chief Justice